**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Matthew B. Mouw, et al.
                                        Plaintiff,

v.                                                   Case No.: 1:22–cv–02306
                                                          Honorable Robert W. Gettleman

Shelter Mutual Insurance Company
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 4, 2024:

      MINUTE entry before the Honorable Robert W. Gettleman: Pursuant to the parties' Stipulation [57] this case is dismissed with prejudice, with each party to bear its own costs. Telephonic hearing set for 12/5/2024 is stricken. Civil case terminated. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.